The attached screenshot collage (Attachment 1) shows side-by-side comparisons of:

- The April 18, 2025 record request

- The original 1,441-page record

- Reduced versions now seen on Apple Health and in PDF

- Missing clinical notes that had previously been visible

I did not understand what I was seeing at first, so I did not preserve early file metadata or logs. But now I recognize that this was part of a larger concealment effort, and I request full audit disclosure and version trace logs under HIPAA and CMIA standards.

Respectfully submitted,

/s/ Phillip Denton Bieber

Phillip Denton Bieber

June 20, 2025

Los Angeles, CA

154



185

**EXHIBIT O**

Sworn Statement of Phillip Denton Bieber

Subject: Documented Loss of Business Revenue Due to Ongoing Retaliation, Stress, and Care
Interruption

I, Phillip Denton Bieber, submit this declaration as Exhibit O in support of my federal complaint
against Kaiser Permanente.

I own and operate a small business offering notary and creative services, known as NotaryCraft.
The business depends on my health, presence, and credibility—each of which has been directly
compromised due to Kaiser's prolonged pattern of medical neglect, retaliation, record
falsification, and discrediting behavior.

As shown in the attached reports sourced directly from my Square sales platform:

- In 2023, NotaryCraft reported gross sales of $14,650.70. However, $2,834.24 of that
  amount were internal card transfers I initiated for immediate liquidity—not client
  transactions. Adjusted revenue: $11,816.46.

- In 2024, sales dropped to $7,182.20, with $112.00 in internal transfers. Adjusted revenue:
  $7,070.20.

- For the first half of 2025 (Jan–June), gross sales totaled $4,571.53, but $1,793.00 of that
  was internal. Adjusted revenue to date: $2,778.53.

156

The decline is not the result of seasonal fluctuations or changes in strategy—it tracks directly with:

- The timeline of my medical care breakdown

- The time and emotional energy required to respond to ongoing harassment

- The reputational and psychological harm inflicted by defamatory records

- Disruptions to my home office infrastructure (including suspected access to digital systems and hardware malfunctions documented elsewhere)

This steady decline is measurable financial harm. It reflects not only loss of income, but the erosion of a business I built independently. It is also a product of emotional exhaustion—I no longer engage the community as I once did because of how I've been treated.

The attached figures are backed by Square's annual reports and represent truthful, traceable data. They are submitted here to illustrate that the harm I allege is not hypothetical. It is personal. It is professional. And it is real.

Respectfully submitted,

/s/ Phillip Denton Bieber

Phillip Denton Bieber

June 20, 2025

Los Angeles, CA

From: Square Reports noreply@messaging.squareup.com
Subject: Square Sales Report: Jan 1 – Jun 20
Date: Jun 20, 2025 at 10:15:54 AM
To: phil@biebernotary.la

## Sales Report

Reported on Jun 20, 2025 10:15 AM PDT

Jan 01, 2025 12:00 AM  -  Jun 20, 2025 10:15 AM

All Employees

All Devices

### SALES

| | |
|---|---|
| **Gross Sales** | $4,571.53 |
| Items | $4,571.53 |
| **Service Charges** | **$0.00** |
| Returns | $0.00 |
| Discounts & Comps | ($240.20) |
| **Net Sales** | **$4,331.33** |
| Tax | $168.42 |
| Tips | $128.18 |
| Gift Card Sales | $0.00 |
| Refunds by Amount | $0.00 |
| **Total** | **$4,627.93** |

### PAYMENTS

| | |
|---|---|
| **Total Collected** | $4,627.93 |

158

| Fees | ($121.90) |
| Net Total | **$4,506.03** |

## DISCOUNTS APPLIED

| Death in Immediate Family | $0.00 |
| Free of Charge | ($145.00) |
| Great or Regular Customer Discount | ($68.95) |
| Spin the Wheel | ($6.25) |
| Travel Fee Courtesy Discount | ($5.00) |
| general | ($15.00) |

## CATEGORY SALES

| Business | $1,793.00 |
| Notary Fees | $1,014.00 |
| Notary Services | $286.00 |
| Uncategorized | $1,478.53 |

## ITEM SALES

| $10 Travel Authorization Notarial Act | $10.00 |
| Regular | $10.00 |

159

| | |
|---|---|
| $25 in 2025 (Two Signature Act) | $362.50 |
| Regular | $362.50 |
| Business Account Transfer | $1,793.00 |
| Regular | $1,793.00 |
| Notarial Act Fee | $15.00 |
| Regular | $15.00 |
| Notary Appointment | $223.50 |
| Building Residents | $70.00 |
| Civil Servants, Legal and Medical Professionals | $13.50 |
| Notarial Act Correction | $0.00 |
| Seniors, Veterans, Disabled Rate | $25.00 |
| Standard Rate | $115.00 |
| Notary Appointment "Notarial Act" | $15.00 |
| Regular | $15.00 |
| Notary Fee by Signature Occurrence | $135.00 |
| Regular | $135.00 |
| Notary Fee for Notaries, Attorneys, the Authorities and Private Investigators | $391.50 |
| Regular | $391.50 |
| Notary Fee for Seniors, Veterans and the Disabled | $100.00 |
| Regular | $100.00 |
| Standard Notary Appointment | $47.50 |
| Building Residents | $20.00 |
| Regular | $0.00 |
| Seniors, Veterans, Disabled Rate | $12.50 |

160

| | |
|---|---|
| Standard Rate | $15.00 |
| Custom Amount | $1,478.53 |
| No description | $1,478.53 |

© 2025 BLOCK, INC.

SQUARE
1955 BROADWAY, SUITE 600
OAKLAND, CA 94612

161

From: Square Reports
Subject: Square Sales Report: Jan 1 – Dec 31
Date: Jun 20, 2025 at 10:18:32 AM
for: phil@biebernotary.la

# Sales Report

Reported on Jun 20, 2025 10:18 AM PDT

Jan 01, 2024 12:00 AM  -  Dec 31, 2024 11:59 PM

All Employees

All Devices

## SALES

| | |
|---|---|
| **Gross Sales** | **$7,182.20** |
| Items | $7,182.20 |
| **Service Charges** | **$0.00** |
| Returns | ($203.00) |
| Discounts & Comps | ($825.70) |
| **Net Sales** | **$6,153.50** |
| Tax | $0.00 |
| Tips | $372.48 |
| Gift Card Sales | $0.00 |
| Refunds by Amount | $0.00 |
| **Total** | **$6,525.98** |

## PAYMENTS

| | |
|---|---|
| **Total Collected** | **$6,525.98** |

162

| Fees | ($172.77) |
| Net Total | **$6,353.21** |

## DISCOUNTS APPLIED

| Free of Charge | ($778.50) |
| Great or Regular Customer Discount | ($35.20) |
| January '23 Promotion ($13 Sig) | ($2.00) |
| Travel Fee Courtesy Discount | ($15.00) |

## CATEGORY SALES

| Administrative | $40.80 |
| Business | $112.00 |
| Forms | $0.00 |
| Live Scan | $344.00 |
| Notary Fees | $5,873.50 |
| Notary Services | $0.00 |
| Travel Fees | $25.00 |
| Uncategorized | $786.90 |

## ITEM SALES

163

| | |
|---|---|
| $25 in 2025 (Two Signature Act) | $25.00 |
| Regular | $25.00 |
| Auto Purchase Agreement | $185.00 |
| Regular | $185.00 |
| Business Account Transfer | $112.00 |
| Regular | $112.00 |
| CA Acknowledgement | $0.00 |
| Regular | $0.00 |
| CA Jurat | $0.00 |
| Regular | $0.00 |
| Live Scan Application Fee | $0.00 |
| Regular | $0.00 |
| Live Scan DOJ Fee | $160.00 |
| Regular | $160.00 |
| Live Scan FBI Fee | $34.00 |
| Regular | $34.00 |
| Live Scan Fingerprinting Services | $150.00 |
| Regular | $150.00 |
| Notarial Act Fee | $15.00 |
| Regular | $15.00 |
| Notary Appointment "Notarial Act" | $0.00 |
| Regular | $0.00 |
| Notary Fee by Signature Occurrence | $2,175.00 |
| Regular | $2,175.00 |
| Notary Fee for Booking Online | $126.00 |
| Regular | $126.00 |
| Notary Fee for Neighbors | $230.00 |

164

| | |
|---|---|
| Regular | $230.00 |
| Notary Fee for Notaries, Attorneys, the Authorities and Private Investigators | $1,215.00 |
| Regular | $1,215.00 |
| Notary Fee for Seniors, Veterans and the Disabled | $2,087.50 |
| Regular | $2,087.50 |
| Notary Services | $0.00 |
| Regular | $0.00 |
| Notary Services "Notarial Act" | $0.00 |
| Regular | $0.00 |
| Parceling Services | $30.00 |
| Regular | $30.00 |
| Traveling Notary Fee | $25.00 |
| Regular | $25.00 |
| UPS Shipping Cost | $10.80 |
| Regular | $10.80 |
| Custom Amount | $601.90 |
| No description | $601.90 |

© 2025 BLOCK, INC.

SQUARE
1955 BROADWAY, SUITE 600
OAKLAND, CA 94612

165

From: Square Reports
Subject: Square Sales Report: Jan 1 - Dec 31
Date: Jun 20, 2025 at 10:19:01 AM
To: phil@biebernotary.la

## Sales Report

Reported on Jun 20, 2025 10:18 AM PDT

Jan 01, 2023 12:00 AM  -  Dec 31, 2023 11:59 PM

All Employees

All Devices

### SALES

| | |
|---|---|
| **Gross Sales** | **$14,650.70** |
| Items | $14,650.70 |
| **Service Charges** | **$0.00** |
| Returns | ($200.01) |
| Discounts & Comps | ($739.24) |
| **Net Sales** | **$13,711.45** |
| Tax | $2.85 |
| Tips | $642.40 |
| Gift Card Sales | $0.00 |
| Refunds by Amount | $0.00 |
| **Total** | **$14,356.70** |

### PAYMENTS

| | |
|---|---|
| **Total Collected** | **$14,356.70** |

| Fees | ($361.91) |
|---|---|
| **Net Total** | **$13,994.79** |

### DISCOUNTS APPLIED

| | |
|---|---|
| Free of Charge | ($502.50) |
| Great or Regular Customer | ($103.16) |
| Great or Regular Customer Discount | ($30.84) |
| January '23 Promotion ($13 Sig) | ($14.00) |
| Live Scan Resubmission Cost Adjustment | ($30.00) |
| New Client | ($25.00) |
| September 2023 ($4 off) | ($20.00) |
| Travel Fee Discount | ($25.00) |

### CATEGORY SALES

| | |
|---|---|
| Administrative | $242.43 |
| Business | $2,834.24 |
| Forms | $0.00 |
| Live Scan | $1,256.00 |
| Notary Fees | $7,672.50 |
| Notary Services | $1,158.50 |
| Other | $200.00 |

147

| | |
|---|---|
| Travel Fees | $350.00 |
| Uncategorized | $937.03 |

## ITEM SALES

| | |
|---|---|
| Acknowledgement | $0.00 |
|   Regular | $0.00 |
| Business Account Transfer | $2,834.24 |
|   Regular | $2,834.24 |
| CA Acknowledgement | $0.00 |
|   Regular | $0.00 |
| CA Acknowledgement | $0.00 |
|   Regular | $0.00 |
| CA Jurat | $0.00 |
|   Regular | $0.00 |
| CA Jurat | $0.00 |
|   Regular | $0.00 |
| Extended Travel Fee | $50.00 |
|   Regular | $50.00 |
| Extended Travel Fee | $50.00 |
|   Regular | $50.00 |
| Jurat | $0.00 |
|   Regular | $0.00 |
| Live Scan Application Fee | $63.00 |
|   Regular | $63.00 |
| Live Scan DOJ Fee | $399.00 |

168

| | |
|---|---|
| Regular | $399.00 |
| Live Scan FBI Fee | $204.00 |
| Regular | $204.00 |
| Live Scan Fingerprinting | $90.00 |
| Regular | $90.00 |
| Live Scan Fingerprinting Services | $500.00 |
| Regular | $500.00 |
| Mobile Notary Fee | $50.00 |
| Regular | $50.00 |
| Mobile Notary Services | $25.00 |
| Regular | $25.00 |
| Notary Fee by Signature Occurrence | $3,855.00 |
| Regular | $3,855.00 |
| Notary Fee by Signature Occurrence | $945.00 |
| Regular | $945.00 |
| Notary Fee by Signature Occurrence | $105.00 |
| Regular | $105.00 |
| Notary Fee for Notaries, Attorneys, the Authorities and Private Investigators | $1,417.50 |
| Regular | $1,417.50 |
| Notary Fee for Notaries, Attorneys, the Authorities and Private Investigators | $13.50 |
| Regular | $13.50 |
| Notary Fee for Seniors, Veterans and the Disabled | $2,400.00 |
| Regular | $2,400.00 |
| Notary Fee for Seniors, Veterans and the Disabled | $100.00 |

169

| | |
|---|---|
| Regular | $100.00 |
| Notary Services | $15.00 |
| Regular | $15.00 |
| Notary Services (In-House) | $0.00 |
| Regular | $0.00 |
| One Signature Occurrence | $45.00 |
| Regular | $45.00 |
| Parceling Services | $179.00 |
| Regular | $179.00 |
| Parking Costs Fee | $25.00 |
| Regular | $25.00 |
| Previous No Call/Show Reimbursement | $25.00 |
| Regular | $25.00 |
| Shipping Cost | $21.00 |
| Regular | $21.00 |
| Signature Occurrence | $60.00 |
| Regular | $60.00 |
| Signature Occurrence | $345.00 |
| Regular | $345.00 |
| Traveling Notary Fee | $75.00 |
| Regular | $75.00 |
| Traveling Notary Fee | $275.00 |
| Regular | $275.00 |
| Two Signature Occurrence | $30.00 |
| Regular | $30.00 |
| UPS Shipping Cost | $42.43 |

170

| Regular | $42.43 |
| Custom Amount | $412.03 |
| No description | $412.03 |

© 2025 BLOCK, INC.

SQUARE
1955 BROADWAY, SUITE 600
OAKLAND, CA 94612



17)

**ADDENDUM / EXHIBIT P**

Affirmation of Prior Discovery Transmission to Defendant

I, Phillip Denton Bieber, submit this sworn statement to confirm that I transmitted an initial set of discovery materials—consisting of metadata evidence, altered record samples, and summary documentation—to Kaiser Permanente's legal department before filing my formal complaint with the Court.

This was done:

- In good faith, with the intent to resolve or clarify these issues without immediate litigation.
- To notify Kaiser of material concerns about record falsification, missing audit trails, and civil rights violations related to my medical history and care access.
- Via fax, and in some cases with redundant copies sent to Member Services to ensure reception in the event their legal fax line had been disabled, blocked, or redirected.

I have in my possession:

- Multiple fax transmission receipts from these attempts
- Dated cover sheets identifying the intended department and summarizing the enclosed material

172

While I cannot guarantee how Kaiser processed or routed those incoming materials internally, I made every reasonable effort to notify them and share core documents prior to initiating this formal case.

I am prepared to submit the associated fax logs and cover sheets either now or at the Court's request, and I assert under penalty of perjury that these transmissions were made.

Respectfully submitted,

/s/ Phillip Denton Bieber

Phillip Denton Bieber



June 20, 2025

Los Angeles, CA



173

EXHIBIT Z

Credibility Analysis: Public Reputation Comparison – Plaintiff vs. Defendant

Submitted by: Phillip Denton Bieber

Date: June 20, 2025

**Subject: Comparison of Public Opinion and Service Reputation**

This exhibit is submitted to support Plaintiff's credibility and character, as evaluated through publicly accessible feedback platforms using standardized parameters applied equally to both parties.

**I. PLAINTIFF – Phillip Denton Bieber / Bieber Notary Services LLC**

Search Terms Used: "Phillip Bieber Notary," "Bieber Notary Services LLC," "NotaryCraft"

Public Review Platforms and Results:

174

- Yelp (13 reviews)
  Consistent 5-star reviews. Clients describe services as "top notch," "efficient," "professional," "friendly," and "reliable."
  Example: "Phil is a top-notch notary… Highly recommended. Prompt, reasonable, and well-equipped."

- Google / Birdeye (26 reviews)
  Full 5-star rating. Users repeatedly mention professionalism, speed, and comfort.
  Example: "Phillip made the process super easy. One of the best notaries I've ever worked with."

- Thumbtack (1 review)
  5-star rating for professionalism, responsiveness, and thoroughness.

- Yahoo Local (4 reviews)
  Praised for being accommodating and pleasant in emotionally sensitive notary settings (e.g., domestic partnerships).

- Better Business Bureau (BBB)
  "A" rating with no listed complaints. Not BBB-accredited, but no red flags or unresolved issues reported.

Summary:

Public reputation across five platforms is flawless. No negative reviews located. This supports the Plaintiff's credibility, stability, and longstanding ethical professionalism in a state-regulated capacity.

**II. DEFENDANT – Kaiser Permanente LA Sunset Medical Plaza**

175

Search Terms Used: "Kaiser Permanente LA Sunset," "Kaiser Permanente Los Angeles Medical Center," "Kaiser Permanente Psychiatry Sunset"

Public Review Platforms and Results:

- Yelp (Los Angeles Medical Center & Sunset)
  Mixed to moderately positive. While basic services and cleanliness are noted, several users describe difficulty with follow-up care, mental-health access issues, and long response times.
  Example: "It's great if you're young and healthy, but God help you if you need something specialized."

- Reddit (r/AskLosAngeles)
  Comments are divided:

  - "Quick to prescribe anxiety meds. That's good or bad depending on your view."
  - "A lot of people complain, but it worked fine for me."
  - "Had issues with mental health delays. Took months."
- 
- Indeed (Employee reviews)
  Internal staff report competitive benefits, but flag concerns over bureaucracy, slow internal transfers, and burnout in high-pressure units.

- Wikipedia and News Records
  Kaiser previously fined $4 million by California over mental health access failures (2013). Other controversies mentioned in mainstream outlets involve record management, patient flow, and state compliance issues.

Summary:

While Kaiser maintains a generally adequate reputation for routine care, public records, forums, and regulatory history confirm recurring issues related to mental health services, administrative delays, and bureaucratic obstruction—all of which are central to the Plaintiff's claims.

176

**III. Conclusion**

In comparing public reputation using the same methodology, Plaintiff emerges with a spotless professional record as a notary public, while Defendant institution has a documented pattern of mixed reviews, regulatory sanctions, and contested service performance—particularly in the domains of psychiatric care and patient rights.

This comparison is submitted in support of Plaintiff's credibility and to rebut any attempts to discredit his statements as lacking merit or character support.

Respectfully submitted,

/s/ Phillip Denton Bieber

Phillip Denton Bieber, Pro Se

4627 Finley Avenue, Apt 101

Los Angeles, CA 90027

June 20, 2025

177

/s/ Phillip Denton Bieber

Phillip Denton Bieber

June 20, 2025

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

––––––

Phillip Denton Bieber,
Plaintiff,
v.
Kaiser Permanente, et al.,
Defendants.

––––––

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S COMPLAINT

––––––

INTRODUCTION

Plaintiff Phillip Denton Bieber submits this memorandum to clarify the legal basis for his claims and support the sufficiency of his pro se filing under applicable federal and state law. Plaintiff respectfully requests that the Court construe his complaint liberally and allow the matter to proceed, consistent with binding precedent on pro se litigation.

––––––

I. LEGAL STANDARD FOR PRO SE PLEADINGS

Under Haines v. Kerner, 404 U.S. 519 (1972), complaints filed by pro se litigants are to be held to less stringent standards than formal pleadings drafted by lawyers. The Court must evaluate whether the allegations, taken as true, could support any plausible claim for relief.

This standard has been reaffirmed by Erickson v. Pardus, 551 U.S. 89 (2007), which held that factual allegations must be taken as true and that even a brief, inartful complaint should not be dismissed if it alleges harm tied to potential legal violations.

––––––

II. PLAINTIFF HAS STATED VALID CLAIMS UNDER MULTIPLE LEGAL FRAMEWORKS
        1.      Right of Access to Medical Records
Plaintiff alleges that Defendants failed to provide full, unredacted medical records and withheld associated audit trails in violation of:

        •       California's Confidentiality of Medical Information Act (CMIA)

- 45 C.F.R. § 164.524 under HIPAA
- § 1557 of the Affordable Care Act (42 U.S.C. § 18116)

These claims are supported by Webb v. Smart Document Solutions, LLC, 499 F.3d 1078 (9th Cir. 2007), and Allen v. Woodford, 2006 WL 1748587, which affirm patients' rights to full access and reasonable processing of medical records.

2.      Disability Discrimination and Retaliation
Plaintiff alleges that Kaiser engaged in retaliatory behavior and discriminatory conduct following protected health rights activity. These allegations are consistent with:

- Title III of the ADA
- The Rehabilitation Act, 29 U.S.C. § 794
- ACA § 1557
- California's Unruh Civil Rights Act and FEHA

In Duvall v. County of Kitsap, 260 F.3d 1124 (9th Cir. 2001), the Ninth Circuit found that denial of medical accommodations could constitute intentional discrimination. Further, Roberts v. Permanente Medical Group, Inc., 2021 WL 2222721, supports similar claims involving Kaiser and retaliation.

3.      Record Tampering and Legal Access Interference
Plaintiff alleges that documents were altered and psychiatric labels were misused to obstruct redress. These claims find support in Gomez v. Vernon, 255 F.3d 1118 (9th Cir. 2001), and Whitaker v. Tesla Motors, Inc., 985 F.3d 1173 (9th Cir. 2021), both of which recognize institutional manipulation of records as grounds for constitutional and statutory claims.

———

III. CONCLUSION

In light of the above precedents and legal frameworks, Plaintiff respectfully submits that his complaint states claims upon which relief can be granted. The complaint should not be dismissed at the screening stage or upon initial motion.

———

Phillip Denton Bieber
213-677-7610
4627 Finley Ave., #101
Los Angeles, CA 90027-6602
philbieber78@gmail.com
Dated: June 22, 2025

Phillip Denton Bieber

4627 Finley Avenue, Apt. 101

Los Angeles, CA 90027

(213) 677-7610

June 20, 2025


Clerk of the Court

United States District Court

Central District of California

312 N. Spring Street, Room G-8

Los Angeles, CA 90012


RE: Bieber v. Kaiser Permanente et al.

Civil Rights Complaint – Pro Se Filing (IFP)


To the Clerk and the Court:


I am submitting this federal civil rights complaint pro se. I respectfully ask for your understanding and patience with the enclosed materials, which represent my best effort to meet the required format and procedures under extremely difficult conditions.


On the day I attempted to finalize this filing, I experienced what I believe may have been infiltration or interference with my home network. All three of my computers and all three work printers—across two separate systems—suddenly failed to print. This occurred only hours after finalizing my materials for this case. I took immediate steps to preserve and export my documents, then used two separate legal software tools and AI-based legal assistants, including ChatGPT with legal compliance modules, to prepare this packet as completely and professionally as possible under the circumstances.

Due to my inability to reprint with embedded page numbers, I have handwritten sequential page numbers at the bottom of each page. I sincerely apologize if this creates any inconvenience or inconsistency. I did everything in my power to ensure the integrity and completeness of the materials, and I am deeply hopeful this will not result in any rejection.

This process has been deeply destabilizing to my personal life and home. I have been subjected to continued targeting and harassment, including daily email and mail solicitations from Kaiser's Medicare division—despite my confirmed emergency Medicare disenrollment. I mention this only because the pattern has become so consistent that it borders on cruelty. My notary business has suffered. I am now considering relocation out of the area entirely.

If anything at all is required from me—clarification, supplemental exhibits, or an in-person appearance—I will comply without hesitation. You may contact me via the automated phone system I use for my notary business at (213) 677-7610. It is AI-based and will alert me immediately. I will return any calls from the court as promptly as humanly possible.

Please know that I am not a legal professional. This experience has been emotionally, financially, and psychologically exhausting. I do not ask for sympathy—only that this filing be received in good faith. I believe what's happening to me is not unique, and I hope that my case contributes to some form of accountability and reform.

Thank you for receiving this filing.

Respectfully,

/s/ Phillip Denton Bieber

Phillip Denton Bieber

Los Angeles, CA

Addendum to Cover Letter

Submitted by: Phillip Denton Bieber

Re: Bieber v. Kaiser Permanente et al.

Date: June 20, 2025

To the Clerk and the Court:

I would like to clarify my intentions regarding the damages sought in this case, and to provide contextual background on the ongoing stressors that have impacted my ability to finalize this filing.

When I first contacted Kaiser Permanente's Member Services with grievances, I explicitly stated that I was not seeking any compensation. I held this position for nearly four months. My hope was simple: to be heard, to receive proper medical documentation, and to have my concerns addressed in good faith. That never happened. Not once did I receive a formal reply, a call, or even an email acknowledging my concerns. Over time, I realized that not only was I not being helped—I was being dismissed, ignored, and at times mocked.

Eventually, after realizing the toll this took on my business, I asked for what I felt was a fair restitution: $35,000. That number only increased as Kaiser continued to ignore me. With each new instance of neglect, each passive-aggressive silence, the amount reflected the growing damages—financial, emotional, and professional. I acknowledge that the figures are now high, but I did not begin this seeking anything. The escalation is a direct result of Kaiser's own refusal to engage responsibly.

I am not one to jump to conclusions, but I've been living with an unsettling pattern of technical disruptions that defy coincidence. On the very day I finalized this packet for printing, all three of my computers and all three of my printers failed to connect properly. I've invested in professional-grade systems to run my notary and craft business—none of which were functional when I needed them most. I've run diagnostics. I've reset every system. I even had to use a new computer purchased by my housemate, who has suffered alongside me through this.

I've experienced additional oddities:

- Light systems suddenly shifting to unrelated color scenes during client visits, despite secure configuration

- Handwritten medical notes inaccurately referring to my housemate as an abuser—a claim that is categorically false and deeply harmful

- A past encounter where someone in scrubs appeared in my office with an unusual device

- A van—possibly a commercial or surveillance vehicle—parked directly outside my window for several days, seeming to appear and disappear in sync with browser activity or case-related communications

I cannot prove these incidents are linked to this case. But the timing is uncanny, and the emotional wear is real. I do not consider myself paranoid or prone to overreaction—but I have become highly alert since a TMS procedure I underwent several years ago, whose side effects Kaiser has refused to help me medicate or manage. That experience has left me hyper-aware of environmental changes and sudden emotional shifts, and I say that openly.

Thankfully, I now have a long-overdue medical appointment scheduled for 2:40 PM tomorrow. It will be my first opportunity in four months to be seen by a provider for my Coumadin needs and related care. It is my hope this will mark the beginning of restored dignity and basic medical support.

I am doing everything I can to remain grounded, rational, and clear—under difficult conditions. I'm not here to create drama or elevate tensions. I simply want to be heard, respected, and protected by a system that too often treats vulnerable people as expendable.

Thank you for considering this matter.

Respectfully,