JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHILLIP DENTON BIEBER,

       Plaintiff,

      vs.

KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, SCAN HEALTH PLAN, and DOES 1 - 10,

      Defendants.

Case No. 2:25-cv-05666-JLS-RAO

**JUDGMENT**

On January 28, 2026, defendants, KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC. (hereinafter referred to collectively as "Defendants"), filed a Motion to Dismiss the operative complaint of plaintiff, PHILLIP DENTON BIEBER (hereinafter referred to as "Plaintiff"). (Doc. 186.)  On January 30, 2026, Plaintiff filed an Opposition. (Doc. 187.) On February 25, 2026, Defendants filed a Reply. (Doc. 188.)  On March 11, 2026, the Court determined the Motion to Dismiss was appropriate for resolution without oral argument. (Doc. 189.) On April 14, 2022, the Court, after full consideration of the Motion to Dismiss, Opposition, and Reply, issued an Order granting the Motion to Dismiss. (Doc. 190.)

In accordance with the Court's Order granting Defendants' Motion to Dismiss, the Court enters the following Judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiff, PHILLIP DENTON BIEBER, shall recover nothing from Defendants, KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC.;

2.    Judgment is entered in favor of Defendants, KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC. and against Plaintiff, PHILLIP DENTON BIEBER.

DATED: April 22, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE